**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Scott Rask, AUSA |
| Plaintiff, | |
| v.   Case No:   23-mj-08118-ADM   Charging District Case No. : 23-cr-00008 (Western District of Virginia) | |
| **ANDREW KENT,** | Carl Cornwell, Retained |
| Defendant. | |

| JUDGE: | Judge James | DATE: | 6/29/2023 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | Dani Murray |
| START TIME: | 1:32 PM | PROBATION: | Cassidi Lundell |

**PROCEEDINGS**

☒ **Detention Hearing - 48 minutes**
☐ Pretrial Release Revocation Hearing (for Clerk's office docketing purposes – Bond Revocation).
☐ Bail Revoked
☐ Release Order executed
☐ Continued on Release
☒ **Oral Motion for Detention - GRANTED**
☒ Remanded to Custody pending trial
☒ Next hearing: Initial Appearance and Arraignment to be set before Judge Ballou in the Western District of Virginia - Roanoke Division upon the defendant's arrival.

☒ OTHER:   The Court finds the defendant to be a danger to the community for reasons stated on the record. Government's exhibits withdrawn and returned. Commitment to Another District executed in open court. Order of Detention to follow.

EXHIBIT LIST:

| Ex # | Description | ID | OFF. | Adm. | Witness |
|---|---|---|---|---|---|
| **Gov 1-4** | **Spreadsheets of conversations had by defendant with various usernames** | **X** | **X** | **X** | **N/A** |